| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **PA Farm Products, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-2213101** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **1093-1095 Mt. Airty Road** <br> **Stevens, PA 17578** <br> Number, Street, City, State & ZIP Code <br><br> **Lancaster** <br> County | **Mailing address, if different from principal place of business** <br><br> **c/o Issac Wiesenfeld** <br> **52B Broadway** <br> **Apt. 5A** <br> **Brooklyn, NY 11249** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **1095 Mr. Airy Raod Stevens, PA 17578** <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: _____ |

Debtor  **PA Farm Products, LLC**  
        Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Wise Kosher Natural Poultry, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Eastern** | When | **10/16/15** | Case number, if known | **15-44725** |

Debtor  **PA Farm Products, LLC**                                  Case number (*if known*) _____
          Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **PA Farm Products, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 28, 2015**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Issac Wiesenfeld**　　　　　　　　　　**Issac Wiesenfeld**
　　Signature of authorized representative of debtor　　Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ David Carlebach**　　　　　　　　　　Date **December 28, 2015**
　　Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**David Carlebach**
Printed name

**The Law Office of David Carlebach, Esq.**
Firm name

**55 Broadway**
**Suite 1902**
**New York, NY 10006**
Number, Street, City, State & ZIP Code

Contact phone  **212-785-3041**   Email address  **david@carlebachlaw.com**

Bar number and State

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **PA Farm Products, LLC**                                    Case No.
                                            Debtor(s)                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **December 28, 2015**              **/s/ Issac Wiesenfeld**
                                           **Issac Wiesenfeld/Managing Member**
                                           Signer/Title

Date:   **December 28, 2015**              **/s/ David Carlebach**
                                           Signature of Attorney
                                           **David Carlebach**
                                           **The Law Office of David Carlebach, Esq.**
                                           **55 Broadway**
                                           **Suite 1902**
                                           **New York, NY 10006**
                                           **212-785-3041   Fax: 347-472-0094**

3B Services, Inc.
PO Box 15183
Reading, PA 19612


Airgas Safety
Wachovia Bank
PO Box 951884
Dallas, TX 75395


Alex C. Fergusson, Inc.
5000 Letterkenny Rd.
Suite 220
Chambersburg, PA 17201


Amreigas Propane LP
PO Box 371473
Pittsburgh, PA 15250


Azar Resources Inc.
1431 NOrth George Street
York, PA 17404


B&B Poultry Co.
PO Box 307 Almond Road
Norma, NJ 08347


Beiler Printing LLC
115 North King Street
Denver, PA 17517


BJ & E Contract
PO Box 38
Kreamer, PA 17833


Bunzl North Wales
12765 Collection Ctr. Dr.
Chicago, IL 60693


Capital Blue Cross
PO Box 779516
Harrisburg, PA 17177


Charles Brothers, Inc.
2931 Charlestown Road
Lancaster, PA 17603

Cintas Corporation #395
PO Box 630803
Cincinnati, OH 45263


Clean Water, Inc.
170 Dallas Street
Box 475
Atglen, PA 19310


Cocalico School District
PO Box 4516
Lancaster, PA 17604


Cryovac Seal Air Corp.
26081 Network Place
Chicago, IL 60673


CVP Systems, Inc.
PO Box 88628
Chicago, IL 60680


D Cooper Works
100 Industrial Drive
Ephrata, PA 17522


Dantro Associates Inc.
858 Manor Street
Lancaster, PA 17603


David Nagle
19 Patience Lane
Ephrata, PA 17522


Denver Cold Storage
PO Box 303
555 Sandy Hill Road
Denver, PA 17517


Devine Law Offices LLC
115 E. King Street
Suite 300
Lancaster, PA 17602

Dutchland Refrigeration
PO Box 3079
Monroe, NC 28111


E-Z Edge Inc.
6119 Adams Street
West New York, NJ 07093


Eagle Rental
1327 N. Reading Road
Stevens, PA 17578


Farmer's Pride
154 West Main Street
Box 39
Fredericksburg, PA 17026


Federal Express Corp.
PO Box 371461
Pittsburgh, PA 15250


Flatbush Food Coop.
Attn: Sean
1415 Cortelyou Road
Brooklyn, NY 11226


FMC Corp. Chem. Prod. Grp
1735 Market Street
Philadelphia, PA 19103


Friends & Farms LLC
9305 Gerwig Lane
Suite S
Columbia, MD 21046


Good's Disposal Serv. Inc
4361Oregon Pike
Ephrata, PA 17522


Grainger Dept.
847967346
Palatine, IL 60038

```
GTS- Welco
955 Praxair Dist
Mid Atlantic
PO Box 382000
Pittsburgh, PA 15250


H&M Bay Inc.
PO Box 418578
Boston, MA 02241


HACCP Assurance Serv.
683 S. Moutain Blvd.
Mountain Top, PA 18707


Hain Pure Protein Corp.
PO Box 38 304
Southwater Street
New Oxford, PA 17350


Hanover Engineering Assoc
20 C Snyder Lane
Ephrata, PA 17522


Harold Good
135 Binver Road
Stevens, PA 17578


High's Machine Shop
450 Royer Road
Lititz, PA 17543


HM Casualty Ins. Co.
PO Box 535061
Pittsburgh, PA 15253


Hoover Truck Repair
539 Stevens Road
Ephrata, PA 17522


JL Consulting
1203 Village Road
Orwigsburg, PA 17961
```

John Martin Meats
55 Lower Hillside Road
PO Box 137
Stevens, PA 17578


JRCC Inc.
119 Lorimer Street
Suite 2B
Brooklyn, NY 11206


Keysource Chemicals Inc.
110 Commerce Road
Pittston, PA 18641


Kimberton Whole Foods
Attn:  Rich
2140 Kimberton Road
Kimberton, PA 19442


Kingdom Communication Sys
1504 Reading Road
Mohnton, PA 19540


Kline's
5 Holland Street
Landisville, PA 17538


Kurtz Bulk Water
542 Springville Road
Ephrata, PA 17522


Lancaster Electric Incorp
679 East Ross Street
Lancaster, PA 17602


Line Specialties, Inc.
11 East Trout Run Road
PO Box 358
Ephrata, PA 17522


Mark Sensenig
300 Glenwood Drive
Ephrata, PA 17522

Martin Horning
753 State Rt. 419
Myerstown, PA 17067


Mettler Toledo
806 Tyvola Road
Suite P0905532
Charlotte, NC 28290


Meyhen International
556 Indutrial Way
Eatontown, NJ 07724


Millway Construction
352 Royer Road
Lititz, PA 17543


MJ Reider Associates, Inc
107 Angelica Street
Reading, PA 19611


Mom's Organic Market
Attn:  Josh Schwarz
5612 Randolph Road
Rockville, MD 20852


Moses B. Glick LLC
16 Breezy Park Drive
Fleetwood, PA 19522


Mussleman Lumber
PO Box 105
New Holland, PA 17557


Myers Poultry Farm
966 Rager Hill Raod
South Fork, PA 15956


Natural Products Expo
East 224654 Network Place
Chicago, IL 60673

Newtek Small Bus.Fin.,LLC
c/o J. Winter, Esq.
THe Chartwell Law Office
970 Rittenhouse Rd.
Norristown, PA 19403


Newtek Small Bus.Fin.,LLC
60 Hempstead, 2nd Fl.
West Hempstead, NY 11552


Nolt's Auto Parts Inc.
Box 455
Ephrata, PA 17522


PA Dept. of Transp.
PO Box 68285
Harrisburg, PA 17106


Packaging Supply Sol. Inc
501 Alexander Dr.
Ephrata, PA 17522


PaulB LLC
295 Woodcorner Rd.
Lititz, PA 17543


Penn Jersey Paper Co.
PO Box 820974
Philadelphia, PA 19182


Penn Miller Ins. Co.
PO Box 62453
Baltimore, MD 21264


Penna Certified Organic
106 School Street
Suite 201
Spring Mills, PA 16875


Penteledata
Attn: Payment Pro. Ctr.
PO Box 401
Palmerton, PA 18071

```
PPL Electric Utilities
Cash Processing Center
Genn1 Two N. 9th St.
Allentown, PA 18101


Precision Solutions, Inc.
2525 Tollgate Road
Quakertown, PA 18951


Pro Coat LLC
PO Box 2154
Salisbury, MD 21802


Pure Branding
196 Pleasant Street
Suite 301
Northampton, MA 01060


Quality Digital Off. Sol.
PO Box 7063
Lancaster, PA 17604


Quill
PO Box 37600
Philadelphia, PA 19101


Roman Stoltzfoos
1143 Gap Road
Kinzers, PA 17535


Rufus Brubaker Ref.
1048 N. Penryn Road
Manheim, PA 17545


Ryder Transportation Serv
PO Box 402366
Atlanta, GA 30384


Sanitation Solutions Plus
PO Box 471
Mifflin, PA 17058
```

Schillaci Architects, LTD
11 East Trout Run Road
Suite A
Ephrata, PA 17522


Schiltz Food Inc.
7 West Oak Street
Sisseton, SD 57262


Security Life Ins. Co.
of America
PO Box 860085
Minneapolis, MN 55486


Shopping News of Lanc. Co
615 East Main St.
PO Box 456
Ephrata, PA 17522


Star K. Certification Inc
122 Slade Avenue
Suite 300
Pikesville, MD 21208


Stauffer Compressor
N Machine Inc.
49 Pleasant Valley Rd.
Ephrata, PA 17522


The Performance Group
PO Box 62798
Baltimore, MD 21264


Uline
PO Box 88741
Chicago, IL 60680


US Dept. of Agriculture
FSIS Food Safety & Insp.
PO Box 790338
Saint Louis, MO 63179


USDA, AMS Poultry
PO Box 790338
Saint Louis, MO 63179

```
USDA-Food Safety Insp.
SVC US Bank FSIS Lockbox
PO Box 979001
Saint Louis, MO 63197


Waldman & Hirsch
One Penn Plaza
Suite 2620
New York, NY 10119


Weber Scientific
2732 Kuser Orad
Trenton, NJ 08691


Wenger's Feed Mill Inc.
PO Box 26
Rheems, PA 17570


Western Pest Serv.
3310 West Chester Pike
Newtown Square, PA 19073


Wex Bank
 7090 S. Union Park Ctr.
Suite 350
Midvale, UT 84047


White Oak Ice
106 Conestoga Avenue
New Holland, PA 17557


Williams Scotsman Inc.
PO Box 91975
Chicago, IL 60693


Windstream
PO Box 9001908
Louisville, KY 40290


Worknet OCC Med
PO Box 827842
Philadelphia, PA 19182
```

Zimmer/Madich
7685 Parklawn Ave. S.
Suite 200
Minneapolis, MN 55435

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** PA Farm Products, LLC            **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **15-44725**    JUDGE: **Nancy Hershey Lord**    DISTRICT/DIVISION: **Eastern**

DEBTOR NAME: **Wise Kosher Natural Poultry, Inc.**

CASE STILL PENDING (Y/N):   **Y**           [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____      [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____      [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ David Carlebach**
**David Carlebach**
Signature of Debtor's Attorney
**The Law Office of David Carlebach, Esq.**
**55 Broadway**
**Suite 1902**
**New York, NY 10006**
**212-785-3041 Fax:347-472-0094**

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

Mailing Address of Debtor/Petitioner

City, State, Zip Code

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.